IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRIAN T. MERRILL,

    *Plaintiff*,

v.                                  Case No.: 3:24cv639-MW/HTC

B. LEWIS, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 9, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) and 1915A(b)(1) for Plaintiff's abuse of the judicial process." The Clerk shall close the file.

**SO ORDERED** on February 25, 2025.

                                              s/Mark E. Walker               
                                              **Chief United States District Judge**